ROBERT I. WESTERFIELD (# 46234)
KENNETH B. MCKENZIE (#142894)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371

Attorneys for Plaintiff
ROBERT E. WOOLDRIDGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. WOOLDRIDGE, | Case No. C 04-04856 JCS |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| AIRPOWER, INC., et al., | Date: June 17, 2005<br>Time: 1:30 p.m.<br>Dept: Joseph C. Spero |
| Defendants. | |

## I. STIPULATION

It is hereby stipulated by the parties, through their respective counsel of record, that the Case Management Conference scheduled for June 17, 2005 be continued to allow the parties additional time to finalize settlement documents and get a dismissal on file. The parties request that the Case Management Conference be continued for two (2) weeks or so.

DATED: 6/16/05

_____
KENNETH B. MCKENZIE, ESQ.
Attorney for plaintiff ROBERT E.
WOOLDRIDGE

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE [C 04-04856 JCS]

1 | DATED: 6/16/05

                                                                           PETER F. WINDREM, ESQ.
                                                                           Attorney for defendants

## II. ORDER

Based on the above stipulation, it is hereby order that the Case Management Conference in this matter be continued to __July 15, 2005__ at __1:30__ ~~a.m.~~/ p.m. If a dismissal is filed prior to that time, no appearance will be necessary.

DATED: June 16, 2005                    /s/ Joseph C. Spero
                                            HONORABLE JOSEPH C. SPERO

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE [C 04-04856 JCS]